UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARSHUNE MANTELL POTTS,

        Defendant.
_____/

Case No. 1:06:CR:42

HON. GORDON J. QUIST

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed June 12, 2007, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Marshune Mantell Potts' plea of guilty to Count 9 of the Indictment is accepted. Defendant Marshune Mantell Potts is adjudicated guilty.

3. Defendant Marshune Mantell Potts shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: July 6, 2007

                                                          /s/ Gordon J. Quist
                                                         GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE